THE HONORABLE RICHARD A. JONES
THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, a Washington resident,<br><br>  Plaintiff,<br><br>  v.<br><br>MOORE HOTEL, INC., a Washington corporation and owner of the Moore Theatre, SEATTLE THEATRE GROUP, a Washington corporation and operator of the PARAMOUNT THEATRE and the MOORE THEATRE,<br><br>  Defendants. | Case No. 2:19-cv-01459-RAJ-MAT<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: MARCH 27, 2020 |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, by and through their respective counsel of record, that all claims asserted by Plaintiff against Defendants in the above-captioned matter shall be dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 27th day of March, 2020.

| WASHINGTON CIVIL & DISABILITY ADVOCATE | LANE POWELL PC |
|---|---|
| By *s/ Conrad Reynoldson (with auth. given)*<br>Conrad Reynoldson, WSBA #48187<br>conrad@wacda.com<br>4115 Roosevelt Way NE, Suite B<br>Seattle, WA 98105<br>Telephone: (206) 876-8515<br>Attorneys for Plaintiff<br>-And- | By: *s/ Michael T. Kitson*_____<br>D. Michael Reilly, WSBA No. 14674<br>Michael T. Kitson, WSBA No. 41681<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone: 206.223.7000<br>Facsimile: 206.223.7107 |

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:19-CV-01459-RAJ-MAT

127192.0005/8018427.1

Email: reillym@lanepowell.com
Email: kitsonm@lanepowell.com
Attorneys for Defendants Moore Hotel, Inc.
and Seattle Theatre Group

REED PRUETT WALTERS LARSEN PLLC

By  *s/ Mark D. Walters (with auth. given)*
    Mark D. Walters, WSBA #25537
    mwalters@rpwlawfirm.com
    11120 NE 2nd St, Suite 200
    Bellevue, WA 98004
    Telephone: (425) 688-7620
Attorneys for Plaintiff

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL
WITH PREJUDICE - 2
CASE NO. 2:19-CV-01459-RAJ-MAT
127192.0005/8018427.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## (PROPOSED) ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims in the above-captioned lawsuit are DISMISSED with prejudice and without attorneys' fees or costs to any party.

DATED this _____ day of _____, 2020.

_____
HONORABLE MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

Presented by:

LANE POWELL PC

By: *s/ Michael T. Kitson*_____
    D. Michael Reilly, WSBA No. 14674
    Michael T. Kitson, WSBA No. 41681
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone: 206.223.7000
    Facsimile: 206.223.7107
    Email:  reillym@lanepowell.com
    Email:  kitsonm@lanepowell.com
Attorneys for Defendants Moore Hotel, Inc. and Seattle Theatre Group


WASHINGTON CIVIL & DISABILITY ADVOCATE

By  *s/ Conrad Reynoldson (with auth. given)*
    Conrad Reynoldson, WSBA #48187
    conrad@wacda.com
    4115 Roosevelt Way NE, Suite B
    Seattle, WA 98105
    Telephone: (206) 876-8515
Attorneys for Plaintiff

-And-

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:19-CV-01459-RAJ-MAT
127192.0005/8018427.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

REED PRUETT WALTERS LARSEN PLLC

By: *s/ Mark D. Walters (with auth. given)*
    Mark D. Walters, WSBA No. 25537
    mwalters@rpwlawfirm.com
    11120 NE 2nd St, Suite 200
    Bellevue, WA 98004
    Telephone: (425) 688-7620
Attorneys for Plaintiff

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL
WITH PREJUDICE - 4
CASE NO. 2:19-CV-01459-RAJ-MAT
127192.0005/8018427.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States of America that on the 27th day of March, 2020, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Conrad A. Reynoldson, WSBA #48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Phone: (206) 876-8515
conrad@wacda.com

Mark D. Walters, WSBA #25537
Reed Pruett Walters Larsen PLLC
11120 NE 2nd St, Suite 200
Bellevue, WA 98004
Phone: (425) 688-7620
mwalters@rpwlawfirm.com

Executed on the 27th day of March, 2020, at Seattle, Washington.

*s/ Kathi Milner*
Kathi Milner, Legal Assistant

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE - 5
CASE NO. 2:19-CV-01459-RAJ-MAT
127192.0005/8018427.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107